UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

# CLOSED

| | |
|---|---|
| ESTATE OF PAUL GURDAK, et al, | Civil Action No.: 11-062 (JLL) |
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this 21ST day of MARCH, 2012;**

**ORDERED**, that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated; and, it is further,

**ORDERED**, that the Clerk shall close the file in this matter.

_____
JOSE L. LINARES, U.S.D.J.